IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>J.D. HOOPER JR.,<br><br>　　　　　Defendant. | FILED<br>APR 1 4 2021<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____<br>　　Deputy Clerk<br><br>Case No. CR 21-066-RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
[ 18 U.S.C. § 2241(c), 2246(2)(A), 1151 & 1152 ]

Beginning on or about May 1, 2006, and continuing until on or about June 6, 2009, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **J.D. HOOPER. JR.**, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis and the vulva of C.P., an Indian who had not attained the age of 12 years, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), 1151 and 1152.

## COUNT TWO

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
[ 18 U.S.C. § 2241(c), 2246(2)(B), 1151 & 1152 ]

Beginning on or about May 1, 2006, and continuing until on or about June 6, 2009, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **J.D. HOOPER JR.**, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: intentional contact between his penis and the mouth of C.P., an Indian who

had not attained the age of 12 years, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), 1151 and 1152.

### COUNT THREE

**SEXUAL ABUSE OF A MINOR IN INDIAN COUNTRY**
**[ 18 U.S.C. § 2243(a), 2246(2)(A), 1151 & 1152 ]**

Beginning on or about June 6, 2009, and continuing until on or about November 30, 2010, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **J.D. HOOPER JR.**, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis and the vulva of C.P., an Indian who had attained the age of 12 years but not the age of 16 years, and who was at least four years younger than the defendant, in violation of Title 18, United States Code, Sections 2243(a), 2246(2)(A), 1151 and 1152.

### COUNT FOUR

**SEXUAL ABUSE OF A MINOR IN INDIAN COUNTRY**
**[ 18 U.S.C. § 2243(a), 2246(2)(B), 1151 & 1152 ]**

Beginning on or about June 6, 2009, and continuing until on or about November 30, 2010, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **J.D. HOOPER JR.**, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: intentional contact between his penis and the mouth of C.P., an Indian who had attained the age of 12 years but not the age of 16 years, and who was at least four years younger than the defendant, in violation of Title 18, United States Code, Sections 2243(a), 2246(2)(B), 1151 and 1152.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

*[signature]*

Morgan Muzljakovich, OBA #32852
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY