IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>J.D. HOOPER, JR.,<br><br>        *Defendant*. | Case No. CR-21-00066-RAW |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Morgan Muzljakovich, and respectfully submits this Motion to Dismiss the Indictment filed on April 14, 2021.

The Government advises the Court that the Defendant has now been charged by the Cherokee Nation and will be held on those charges. At this time the Government moves that the Defendant's case at bar should be dismissed without prejudice.

                                            Respectfully submitted,

                                            CHRISTOPHER J. WILSON
                                            United States Attorney

s/    <u>MORGAN MUZLJAKOVICH</u>
       MORGAN MUZLJAKOVICH, OBA#32852
       Assistant United States Attorney
       Attorney for the Plaintiff
       520 Denison Avenue
       Muskogee, OK 74401
       (918) 684-5100
       Fax (918) 684-5150
       Email: morgan.muzljakovich@usdoj.gov