# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>J.D. HOOPER, JR.,<br><br>*Defendant.* | Case No. CR 21-00066-RAW |

## ORDER

Before this court is the Government's Motion to Dismiss (Doc. 62) filed on May 27, 2022. The Government has advised the Court that the Defendant is charged in Cherokee Nation Court and will be held on those charges.

The Court hereby grants the Government's Motion to Dismiss without prejudice.

Dated this 1st day of June, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA